IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| MARJORIE TAYLOR GREENE, an individual, | )<br>)<br>) |
| *Plaintiff*, | )<br>) |
| v. | ) CIVIL ACTION NO.<br>) 1:22-cv-01294-AT<br>) |
| BRAD RAFFENSPERGER, in his official capacity as Georgia Secretary of State; CHARLES R. BEAUDROT, in his official capacity as an Administrative Law Judge for the Office of State Administrative Hearings; JOHN DOE 1, in his official government capacity; and GOVERNMENT ENTITY 1, | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) |
| *Defendants*. | ) |

## NOTICE OF APPEARANCE

COMES NOW Charlene S. McGowan, Assistant Attorney General, and hereby makes an entry of appearance in the above-styled action on behalf of Defendants Brad Raffensperger and Charles R. Beaudrot, in their official capacities. Defendants Raffensperger and Beaudrot have not been served with the Summons and Complaint in this action, and this appearance of counsel is for the purpose of receiving notice only and is not consent to the jurisdiction of this Court over the Defendants or the subject matter of the action.

1

Please direct all further pleadings, notices, orders, and other matters to her at the following:

> Office of the Attorney General
> 40 Capitol Square, SW
> Atlanta, Georgia 30334
> Telephone: (404) 458-3658
> E-Mail: cmcgowan@law.ga.gov

Respectfully submitted, this 4th day of April, 2022.

> /s/ *Charlene S. McGowan*
> Charlene S. McGowan
> Ga. Bar. No. 697316
> Assistant Attorney General
>
> Office of the Georgia Attorney General
> 40 Capitol Square SW
> Atlanta, GA 30334
> cmcgowan@law.ga.gov
> Tel: 404-458-3658
> Fax: 404-651-9325
>
> *Counsel for Defendants Raffensperger and Beaudrot*

## CERTIFICATE OF COMPLIANCE

I hereby certify that the foregoing has been formatted using Times New Roman font in 14-point type in compliance with Local Rule 7.1(D).

*/s/Charlene S. McGowan*
Charlene S. McGowan
Assistant Attorney General

## CERTIFICATE OF SERVICE

I hereby certify that I have this day electronically filed the foregoing **NOTICE OF APPEARANCE** with the Clerk of Court using the CM/ECF system, which will send notification of such filing to the parties of record via electronic notification.

Dated: April 4, 2022.

/s/ *Charlene S. McGowan*
Charlene S. McGowan
Assistant Attorney General