IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| MARJORIE TAYLOR GREENE, an individual,<br><br>Plaintiff,<br><br>v.<br><br>MR. BRAD RAFFENSPERGER, in his official capacity as Georgia Secretary of State, MR CHARLES R. BEAUDROT, in his official capacity as an Administrative Law Judge for the Office of State Administrative Hearings for the State of Georgia, JOHN DOE 1, in his official capacity, and GOVERNMENT ENTITY 1,<br><br>Defendants. | CIVIL ACTION NO.<br>1:22-cv-1294-AT |

# ORDER

Proposed Intervenors are **DIRECTED** to file their response to Plaintiff's Motion for Preliminary Injunction and TRO by Thursday morning at 10:00 a.m. Proposed Intervenors may file a reply to any opposition filed to their motion to intervene by 11:00 a.m. on Friday. Proposed Intervenors' reply may be abbreviated and supplemented by a response at oral argument.

**IT IS SO ORDERED** this 4th day of April, 2022.

_____
**Honorable Amy Totenberg**
**United States District Judge**