# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF GEORGIA
# ATLANTA DIVISION

| | |
|---|---|
| MARJORIE TAYLOR GREENE, *Plaintiff*, v. BRAD RAFFENSPERGER, in his official capacity as Georgia Secretary of State, *et al.*, *Defendants*. | CIVIL ACTION No. 1:22-cv-01294-AT |

## DEFENDANTS RAFFENSPERGER AND BEAUDROT'S RESPONSE TO MOTION TO INTERVENE

Defendant Brad Raffensperger, in his official capacity as the Georgia Secretary of State, and Defendant Charles R. Beaudrot, in his official capacity as an Administrative Law Judge for the Office of State Administrative Hearings, hereby submit their response to the Motion to Intervene as Defendants, which was filed by David Rowan, Donald Guyatt, Robert Rasbury, and Daniel O. Cooper. (Doc. 13.) Defendants Raffensperger and Beaudrot do not oppose the Motion to Intervene as Defendants.

1

Respectfully submitted this 6th day of April, 2022.

        Christopher M. Carr
        Attorney General
        Georgia Bar No. 112505

        Bryan K. Webb
        Deputy Attorney General
        Georgia Bar No. 743580

        Russell D. Willard
        Senior Assistant Attorney General
        Georgia Bar No. 760280

        */s/Charlene McGowan*
        Charlene McGowan
        Assistant Attorney General
        Georgia Bar No. 697316
        Office of the Georgia Attorney General
        40 Capitol Square SW
        Atlanta, GA 30334
        cmcgowan@law.ga.gov
        Telephone: 404-458-3658
        Fax: 404-651-9325

        */s/ Lee M. Stoy, Jr.*
        Lee M. Stoy, Jr.
        Assistant Attorney General
        Georgia Bar No. 884654
        Office of the Georgia Attorney General
        40 Capitol Square SW
        Atlanta, Georgia, 30334
        lstoy@law.ga.gov
        Telephone: 404-458-3661
        Fax: 404-657-9932

*/s/ Elizabeth Vaughan*
Elizabeth Vaughan
Assistant Attorney General
Georgia Bar No. 762715
Georgia Department of Law
40 Capitol Square, S.W.
Atlanta, Georgia 30334
evaughan@law.ga.gov
Telephone: 404-458-3549
Fax: 404-657-9932

*Counsel for Defendants Raffensperger and Beaudrot*

## CERTIFICATE OF COMPLIANCE

Pursuant to L.R. 7.1(D), the undersigned hereby certifies that the foregoing has been prepared in Century Schoolbook 13, a font and type selection approved by the Court in L.R. 5.1(B).

/s/ *Elizabeth Wilson Vaughan*

## **CERTIFICATE OF SERVICE**

I hereby certify that, on April 6, 2022, I have electronically filed the foregoing DEFENDANTS RAFFENSPERGER AND BEAUDROT'S RESPONSE TO MOTION TO INTERVENE with the Clerk of Court using the CM/ECF system, which will send notification of such filing to the parties of record via electronic notification.

*/s/ Elizabeth Vaughan*
Elizabeth Vaughan
Assistant Attorney General
Georgia Bar No. 762715
Georgia Department of Law
40 Capitol Square, S.W.
Atlanta, Georgia 30334
evaughan@law.ga.gov
Telephone: 404-458-3549
Fax: 404-657-9932