# UNITED STATES DISTRICT COURT
# OF THE NORTHERN DISTRICT OF GEORGIA
# ATLANTA DIVISION

| | |
|---|---|
| **MARJORIE TAYLOR GREENE**, an individual,<br><br>*Plaintiff*,<br><br>v.<br><br>**MR. BRAD RAFFENSPERGER**, in his official capacity as Georgia Secretary of State, **MR. CHARLES R. BEAUDROT,** in his official capacity as an Administrative Law Judge for the Office of State Administrative Hearings for the State of Georgia, **JOHN DOE 1**, in his official capacity, and **GOVERNMENT ENTITY 1**,<br>*Defendants*. | Civ. No.   1:22-cv-01294-AT |

## Stipulation of Facts

The parties, by and through undersigned counsel, stipulate to the following facts the purposes of the evidentiary hearing on April 8, 2022:

1. Rep. Greene currently serves as a Member of the U.S. House of Representatives, for Georgia's 14th Congressional District.

**Pl.'s and Defs.'
Stipulation of Facts**

2. Rep. Greene filed her candidacy, for the upcoming midterm elections, for Georgia's 14th Congressional District, on March 7, 2022, and filed an amended notice of candidacy on March 10, 2022.

3. On March 24, 2022, several Challengers filed a Challenge against Rep. Greene with the Georgia Secretary of State.

4. The same day, the Secretary of State's office sent notice of the Challenge to Rep. Greene to the email address and mailing address provided by Rep. Greene in her corrected qualifying forms.

5. The Greene Challenge was based upon claims that Rep. Greene "aided and engaged in an insurrection to obstruct the peaceful transfer of presidential power, disqualifying her from serving as a Member of Congress under Section 3 of the 14th Amendment and rendering her ineligible under state and federal law to be a candidate for such office."

6. The Greene Challenge was lodged with the Georgia Secretary of State, who referred it to the Office of State Administrative Hearings ("**OSAH**"). OSAH assigned ALJ Beaudrot to hear the challenge.

7. The Challengers filed a notice to produce documents and a motion to take Rep. Greene's deposition with the OSAH.

**Pl.'s and Defs.'  
Stipulation of Facts**

8. On March 30, 2022, ALJ Beaudrot ordered Rep. Greene to respond to Petitioner's motions by noon on April 4, 2022.

9. On April 3, 2022, Rep. Greene filed a motion to dismiss the OSAH challenge; a motion to stay the Rep. Greene's deposition; and objections to the Challengers' notice to produce documents.

10. On April 4, 2022, ALJ Beaudrot denied the Challengers' motion to take Rep. Greene's deposition.

11. On April 5, 2022, ALJ Beaudrot held a prehearing conference call during which, among other things, he ordered the challengers to respond to Rep. Greene's objections to the notice to produce by 5:00 p.m. on Thursday, April 7, and ordered the Challengers to respond to Rep. Greene's motion to dismiss by 11:00 a.m. on Monday, April 11. ALJ Beaudrot has not yet ruled on Rep. Greene's objections.

12. A hearing before ALJ Beaudrot has been scheduled for April 13, 2022.

Dated: April 8, 2022

Respectfully submitted,

/s/ Kurt R. Hilbert
Kurt Hilbert, GA Bar No. 352877

THE HILBERT LAW FIRM, LLC
205 Norcross Street
Roswell, GA 30075
T: 770-551-9310
F: 770-551-9311
khilbert@hilbertlaw.com

**Pl.'s and Defs.'
Stipulation of Facts**

| | |
|---|---|
| *Local Counsel for Plaintiff* Respectfully Submitted,<br><br>/s/ James Bopp, Jr.<br>James Bopp, Jr., Ind. Bar No. 2838-84*<br>Melena S. Siebert, Ind. Bar No. 35061-15**<br>THE BOPP LAW FIRM<br>1 South 6th Street<br>Terre Haute, Indiana 47807<br>Telephone: (812) 232-2434<br>Facsimile: (812) 235-3685<br>jboppjr@aol.com<br>msiebert@bopplaw.com<br>\* Motions for *Pro hac vice* granted<br>\*\* Motion for Pro hac vice pending<br>*Attorneys for Plaintiff* | Lee M. Stoy, Jr.<br>Assistant Attorney General<br>Georgia Bar No. 884654<br>Office of the Georgia Attorney General<br>40 Capitol Square SW<br>Atlanta, Georgia, 30334<br>lstoy@law.ga.gov<br>Telephone: 404-458-3661<br>Fax: 404-657-9932 |

/s/ Charlene McGowan
Charlene McGowan
Assistant Attorney General
GA Bar No. 697316
Office of the Georgia Attorney General
40 Capitol Square SW
Atlanta, GA 30334
cmcgowan@law.ga.gov
T: 404-458-3658
F: 404-651-9325

/s/ Lee M. Stoy, Jr.

**Pl.'s and Defs.'
Stipulation of Facts**

/s/ Elizabeth Vaughan
Elizabeth Vaughan
Assistant Attorney General
Georgia Bar No. 762715
Georgia Department of Law
40 Capitol Square, S.W.
Atlanta, Georgia 30334
evaughan@law.ga.gov
Telephone: 404-458-3549
Fax: 404-657-9932
*Counsel for Defendants Raffensperger and Beaudrot*

Christopher M. Carr
Attorney General
Georgia Bar No. 112505
Bryan K. Webb
Deputy Attorney General
Georgia Bar No. 743580
Russell D. Willard
Senior Assistant Attorney General
Georgia Bar No. 760280


/s/ Bryan L. Sells
Bryan L. Sells
Georgia Bar No. 635562
The Law Office of Bryan L. Sells, LLC
Post Office Box 5493
Atlanta, Georgia 31107-0493
Telephone: (404) 480-4212
Email: bryan@bryansellslaw.com


**Pl.'s and Defs.'
Stipulation of Facts**

Ronald Fein*
John C. Bonifaz*
Ben Clements*
Courtney Hostetler*
Benjamin Horton*
FREE SPEECH FOR PEOPLE
1320 Centre St. #405
Newton, MA 02459
(617) 244-0234
rfein@freespeechforpeople.org

Jonathan S. Abady*
Andrew G. Celli, Jr.*
Samuel Shapiro*
Andrew K. Jondahl*
EMERY CELLI BRINCKERHOFF ABADY WARD & MAAZEL LLP
600 Fifth Avenue, 10th Floor
New York, NY 10020
(212) 763-5000
jabady@ecbawm.com
acelli@ecbawm.com

*Attorney for the Rowan Intervenors*

- *Admission pro hac vice pending*

**Pl.'s and Defs.'
Stipulation of Facts**

## Certificate of Compliance

The undersigned counsel certifies that the foregoing has been prepared in Times New Roman (14 point) font, as required by the Court in Local Rule 5.1(B).

Respectfully submitted on April 8, 2022.

/s/ James Bopp, Jr.
Attorney for Plaintiff

**Pl.'s and Defs.'**
**Stipulation of Facts**

## Certificate of Service

I hereby certify that on April 8, 2022, a copy of the foregoing document was filed using the Court's CM/ECF system. Counsel for all parties and Proposed-Intervenors were noticed of this filing through this system.

/s/ James Bopp, Jr.
Attorney for Plaintiff

**Pl.'s and Defs.'
Stipulation of Facts**