IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| **Marjorie Taylor Greene**, | Case No. 1:22-cv-1294-AT |
| Plaintiff, | |
| vs. | **Notice to the Court** |
| **Brad Raffensperger**, in his official capacity as Secretary of State of the State of Georgia, *et al.*, | |
| Defendants, | |
| and | |
| **David Rowan,** *et al.*, | |
| Intervenor Defendants. | |

The Rowan Intervenors respectfully submit this notice to the Court regarding the status of the ongoing proceeding challenging Representative Greene's qualifications before the Office of State Administrative Hearings. The parties held a conference with the administrative law judge this afternoon, and it was determined that the hearing in the matter will be continued until April 19 or 22 in order to accommodate Representative Greene's schedule.

Respectfully submitted this 11th day of April, 2022.

*/s/ **Bryan L. Sells***
Georgia Bar No. 635562
The Law Office of Bryan L. Sells, LLC
PO Box 5493
Atlanta, Georgia 31107-0493
Telephone: (404) 480-4212
Email: bryan@bryansellslaw.com

Ronald Fein*
John C. Bonifaz*
Ben Clements*
Courtney Hostetler*
Benjamin Horton*
FREE SPEECH FOR PEOPLE
1320 Centre St. #405
Newton, MA 02459
(617) 244-0234
rfein@freespeechforpeople.org

Jonathan S. Abady*
Andrew G. Celli, Jr.*
Sam Shapiro*
Andrew K. Jondahl*
EMERY CELLI BRINCKERHOFF ABADY WARD & MAAZEL LLP
600 Fifth Avenue, 10th Floor
New York, NY 10020
(212) 763-5000
jabady@ecbawm.com
acelli@ecbawm.com

*Attorneys for the Rowan Intervenors*

* Motions for admission pro hac vice pending

**Certificate of Compliance**

Pursuant to L.R. 7.1(D), the undersigned hereby certifies that the foregoing document has been prepared in Century Schoolbook 13, a font and type selection approved by the Court in L.R. 5.1(B).

/s/ Bryan L. Sells
Bryan L. Sells