IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| **Marjorie Taylor Greene**, <br><br> Plaintiff, <br><br> vs. <br><br> **Brad Raffensperger**, in his official capacity as Secretary of State of the State of Georgia, *et al.*, <br><br> Defendants, <br><br> and <br><br> **David Rowan,** *et al.*, <br><br> Intervenor Defendants. | Case No. 1:22-cv-1294-AT <br><br> **Notice to the Court** |

The Rowan Intervenors respectfully submit this notice to the Court regarding the status of the ongoing proceeding challenging Representative Greene's qualifications before the Office of State Administrative Hearings. The hearing in that matter is now set for Friday, April 22, at 9:30 a.m.

Respectfully submitted this 12th day of April, 2022.

**/s/ *Bryan L. Sells***
Georgia Bar No. 635562
The Law Office of Bryan L. Sells, LLC
PO Box 5493
Atlanta, Georgia 31107-0493
Telephone: (404) 480-4212
Email: bryan@bryansellslaw.com

Ronald Fein*
John C. Bonifaz*
Ben Clements*
Courtney Hostetler*
Benjamin Horton*
FREE SPEECH FOR PEOPLE
1320 Centre St. #405
Newton, MA 02459
(617) 244-0234
rfein@freespeechforpeople.org

Jonathan S. Abady*
Andrew G. Celli, Jr.*
Sam Shapiro*
Andrew K. Jondahl*
EMERY CELLI BRINCKERHOFF ABADY WARD & MAAZEL LLP
600 Fifth Avenue, 10th Floor
New York, NY 10020
(212) 763-5000
jabady@ecbawm.com
acelli@ecbawm.com

*Attorneys for the Rowan Intervenors*

* Motions for admission pro hac vice pending

## Certificate of Compliance

Pursuant to L.R. 7.1(D), the undersigned hereby certifies that the foregoing document has been prepared in Century Schoolbook 13, a font and type selection approved by the Court in L.R. 5.1(B).

*/s/ Bryan L. Sells*
Bryan L. Sells
