# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF GEORGIA
# ATLANTA DIVISION

### 1:22-cv-01294-AT
### Greene v. Raffensperger et al
### Honorable Amy Totenberg

Minute Sheet for proceedings held In Open Court on 04/8/2022.

TIME COURT COMMENCED: 02:15 P.M.
TIME COURT CONCLUDED: 04:30 P.M.
TIME IN COURT: 2:15
OFFICE LOCATION: Atlanta

COURT REPORTER: Shannon Welch
CSO/DUSM: 1 CSO
DEPUTY CLERK: Harry Martin

| | |
|---|---|
| ATTORNEY(S) PRESENT: | James Bopp representing Marjorie Taylor Greene |
| | Christopher Gardner representing Marjorie Taylor Greene |
| | Charlene McGowan representing Brad Raffensperger |
| | Bryan Sells representing Daniel O. cooper |
| | Lee Stoy representing Brad Raffensperger |
| | Elizabeth Vaughan representing Brad Raffensperger |
| | Russell Willard representing Brad Raffensperger |
| PROCEEDING CATEGORY: | Evidentiary Hearing(PI or TRO Hearing-Evidentiary); |
| MINUTE TEXT: | See Transcript |
| HEARING STATUS: | Hearing Concluded |