# UNITED STATES DISTRICT COURT
# OF THE NORTHERN DISTRICT OF GEORGIA
# ATLANTA DIVISION

| | |
|---|---|
| **MARJORIE TAYLOR GREENE**, an individual,<br><br>*Plaintiff*,<br><br>v.<br><br>**MR. BRAD RAFFENSPERGER**, in his official capacity as Georgia Secretary of State, **MR. CHARLES R. BEAUDROT,** in his official capacity as an Administrative Law Judge for the Office of State Administrative Hearings for the State of Georgia, **JOHN DOE 1**, in his official capacity, and **GOVERNMENT ENTITY 1**,<br>*Defendants*. | **Civ. No.** 1:22-cv-01294-AT |

## NOTICE OF APPEAL

Plaintiff Marjorie Taylor Greene ("Plaintiff") hereby appeals to the United States Court of Appeals for the Eleventh Circuit from the Opinion and Order Denying Plaintiff's Motion for Preliminary Injunction (Dkt. No. 52), entered in this action on April 18, 2022.

**Plaintiff's Notice of Appeal**   1

| | |
|---|---|
| Dated: April 19, 2022 | Respectfully Submitted, |
| /s/ Kurt R. Hilbert | /s/ James Bopp, Jr. |
| Kurt Hilbert, GA Bar No. 352877 | James Bopp, Jr., Ind. Bar No. 2838-84* |
| THE HILBERT LAW FIRM, LLC | Melena S. Siebert, Ind. Bar No. 35061-15* |
| 205 Norcross Street | THE BOPP LAW FIRM |
| Roswell, GA 30075 | 1 South 6th Street |
| T: 770-551-9310 | Terre Haute, Indiana 47807 |
| F: 770-551-9311 | Telephone: (812) 232-2434 |
| khilbert@hilbertlaw.com | Facsimile: (812) 235-3685 |
| *Local Counsel for Plaintiff* | jboppjr@aol.com |
| | msiebert@bopplaw.com |
| | * Admitted *pro hac vice* |
| | *Attorneys for Plaintiff* |

## Certificate of Compliance

The undersigned counsel certifies that the foregoing has been prepared in Times New Roman (14 point) font, as required by the Court in Local Rule 5.1(B).

Respectfully submitted on April 19, 2022.

/s/ James Bopp, Jr.
Attorney for Plaintiff

## Certificate of Service

I hereby certify that on April 19, 2022, a copy of the foregoing document was filed using the Court's CM/ECF system. Counsel for all parties and Proposed-Intervenors were noticed of this filing through this system.

/s/ James Bopp, Jr.
Attorney for Plaintiff
