# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF GEORGIA
2211 UNITED STATES COURTHOUSE
75 TED TURNER DRIVE, SW
ATLANTA, GEORGIA 30303-3361

KEVIN P. WEIMER
DISTRICT COURT EXECUTIVE
AND CLERK OF COURT

DOCKETING SECTION
404-215-1655

April 19, 2022

Clerk of Court
U.S. Court of Appeals, Eleventh Circuit
56 Forsyth Street, N.W.
Atlanta, Georgia   30303

**U.S.D.C. No.: 1:22-cv-1294-AT**
**U.S.C.A.** *No. 00-00000-00*
*In re: Marjorie Taylor Greene v. Mr. Brad Raffensperger, et al.*

Enclosed are documents regarding an appeal in this matter.   Please acknowledge receipt on the enclosed copy of this letter.

| | |
|---|---|
| **X** | **Certified copies of the Notice of Appeal, Order, and Docket Sheet appealed enclosed.** |
| ___ | This is not the first Notice of Appeal. |
| ___ | There is no transcript. |
| **X** | **The court reporter is Shannon Welch.** |
| ___ | There is sealed material in this case. |
| ___ | Other: . |
| **X** | **Fee paid; Receipt Number AGANDC-11742723.** |
| ___ | Appellant has been   leave to file *in forma pauperis*. |
| ___ | This is a bankruptcy appeal.   The Bankruptcy Judge is Judge . |
| ___ | The Magistrate Judge is . |
| **X** | **The District Judge is Amy Totenberg.** |
| ___ | This is a **DEATH PENALTY** appeal. |

Sincerely,

Kevin P. Weimer
District Court Executive
and Clerk of Court

By:   /s/ Ms. Carter
Deputy Clerk

Enclosures