## IN THE UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF GEORGIA
## ATLANTA DIVISION

MARJORIE TAYLOR GREENE,

     *Plaintiff*,

         v.

BRAD RAFFENSPERGER, in his
official capacity as Georgia Secretary
of State, *et al.*,

     *Defendants*.

CIVIL ACTION

No. 1:22-cv-01294-AT

### ORDER

Upon consideration of the Unopposed Motion for Extension of Time to Respond to Plaintiff's Complaint by Defendants Raffensperger and Beaudrot (collectively "Defendants"), and the entire record herein, it is ORDERED that Defendants' Motion for Extension of Time to Respond to Complaint is GRANTED; and it is FURTHER ORDERED that Defendants shall file their response to Plaintiff's Complaint by June 9, 2022.

April 20, 2022

_____
**AMY TOTENBERG**
**UNITED STATES DISTRICT JUDGE**