IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| MARJORIE TAYLOR GREENE, : | |
| : | |
| Plaintiff, : | |
| : | |
| v. : | |
| : | CIVIL ACTION NO. |
| BRAD RAFFENSPERGER, in his : | 22-cv-1294-AT |
| official capacity as Georgia Secretary : | |
| of State, *et al.*, : | |
| : | |
| Defendants. : | |

## **ORDER**

Having considered Plaintiff's Motion to Stay [Doc. 65] and the accompanying briefing, the Court hereby **ORDERS** that Plaintiff's Motion is **GRANTED IN PART**. The Court **STAYS** all proceedings in the above-captioned matter through **August 15, 2022**. After that date, Plaintiff may seek to renew her request for a stay if she believes that a stay is still warranted. In addition, the Court will consider a request by any party to vacate the stay in the event that the case becomes moot.

**IT IS SO ORDERED** this 7th day of June, 2022.

_____
**AMY TOTENBERG
UNITED STATES DISTRICT JUDGE**