IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| **Marjorie Taylor Greene**,<br><br>    Plaintiff,<br><br> vs.<br><br>**Brad Raffensperger**, in his official capacity as Secretary of State of the State of Georgia, *et al.*,<br><br>    Defendants,<br><br>and<br><br>**David Rowan,** *et al.*,<br><br>    Intervenor Defendants. | Case No. 1:22-cv-1294-AT<br><br>**Motion to Withdraw as Counsel for Intervenor Defendants** |

Now comes, Benjamin Horton, to make a motion to withdraw as counsel for Intervenor-Defendants David Rowan, Donald Guyatt, Robert Rasbury, Ruth Demeter and Daniel Cooper. Intervenor-Defendants remain represented by Bryan Sells, the attorneys at Free Speech For People, and the attorneys at Emery Celli Brinckerhoff, Abady, Ward and Maazel.

This 18th day of August, 2022.

Respectfully submitted,

*/s/ Benjamin Horton*
Benjamin Horton

FREE SPEECH FOR PEOPLE
1320 Centre St. #405
Newton, MA 02459
(617) 564-1365
bhorton@freespeechforpeople.org

2

## CERTIFICATE OF COMPLIANCE

Pursuant to L.R. 7.1.(D), the undersigned hereby certifies that the foregoing document has been prepared in Times New Roman 14, a font and type selection approved by the Court in L.R. 5.1(B).


*/s/ Benjamin Horton*
Benjamin Horton