# In the
# United States Court of Appeals
## For the Eleventh Circuit

_____

No. 22-11299

_____

MARJORIE TAYLOR GREENE,

                                                                           Plaintiff-Appellant,

*versus*

SECRETARY OF STATE FOR THE STATE OF GEORGIA,
CHARLES R. BEAUDROT,
in his official capacity as an Administrative Law Judge
for the Office of State Administrative Hearings
for the State of Georgia,
JOHN DOE, I,
GOVERNMENT ENTITY 1,

                                                                       Defendants-Appellees,

DAVID ROWAN,
DONALD GUYATT,

ISSUED AS MANDATE:   12/02/2022

2                                                                    22-11299

ROBERT RASBURY,
DANIEL O. COOPER,
RUTH DEMETER

                                    Intervenor Defendants-Appellees.

_____

Appeal from the United States District Court
for the Northern District of Georgia
D.C. Docket No. 1:22-cv-01294-AT

_____

JUDGMENT

It is hereby ordered, adjudged, and decreed that the opinion issued on this date in this appeal is entered as the judgment of this Court.

Entered: November 3, 2022

For the Court: DAVID J. SMITH, Clerk of Court