**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF GEORGIA**
**ATLANTA DIVISION**

| | |
|---|---|
| MARJORIE TAYLOR GREENE,<br>Plaintiff(s),<br><br>vs.<br><br>MR. BRAD RAFFENSPERGER, et al.,<br>Defendant(s). | CIVIL ACTION FILE<br><br>NO. 1:22-CV-1294-AT |

## O R D E R

The mandate of the United States Court of Appeals having been read and considered, it is

**Ordered and Adjudged** that the mandate of the United States Court of Appeals be and it hereby is made the judgment of this Court.

Dated at Atlanta, Georgia this 5th day of December, 2022.

_____
UNITED STATES DISTRICT JUDGE